1082

[No. 16391-1-III.    Division Three.    September 30, 1997.]

JANELLE RIDDLE, *Appellant*, v. THE TOWN OF NACHES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-00649-1; Michael Leavitt, J., entered December 20, 1996. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.


[No. 15491-2-III.    Division Three.    October 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ALAN HARSHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-1-00343-2, Yancy Reser, J., entered January 16, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Brown, JJ.


[No. 15812-8-III.    Division Three.    October 2, 1997.]

*In the Matter of the Marriage of* ANNE LORENE VANDER HOUWEN, *Respondent*, and JERRIE LENARD VANDER HOUWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-3-00913-4, Robert N. Hackett, J., entered April 19, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.


[No. 15966-3-III.    Division Three.    October 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO CUARA CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01557-9, Michael N. Leavitt, J., entered July 18, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.